# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5087**                          **September Term, 2024**

**1:25-cv-00240-ACR**

**Filed On:** March 27, 2025

Nicolas Talbott, et al.,

       Appellees

    v.

United States of America, et al.,

       Appellants

**BEFORE:** Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of appellants' emergency motion for immediate administrative stay and stay pending appeal and appellees' opposition to the request for administrative stay, it is

**ORDERED** that the district court's order filed March 18, 2025, granting appellees' renewed application for preliminary injunction be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). If any action occurs that negatively impacts service members under the Hegseth Policy and MDI Guidance before the court lifts the administrative stay, the plaintiffs may file a motion to lift the administrative stay, and the court will consider it expeditiously. It is

**FURTHER ORDERED** that appellees file a response to the motion for stay pending appeal by 12:00 noon on Tuesday, April 1, 2025. Any reply is due by 12:00 noon on Thursday, April 3, 2025.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

            BY:    /s/
                    Emily Campbell
                    Deputy Clerk